IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

        Plaintiff,                    No. CIV S-06-0179 GEB EFB P

    vs.

M PENNER, et al.,

        Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

       On April 7, 2006, the previously-assigned magistrate judge denied plaintiff's request to proceed *in forma pauperis* and ordered plaintiff to pay the appropriate filing fee within 20 days. That order warned plaintiff that failure to do so would result in a recommendation that this action be dismissed.

       The 20-day period has expired and plaintiff has not paid the appropriate filing fee.

       It therefore is RECOMMENDED that this action be dismissed without prejudice.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

1  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
2  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
3  Dated: October 23, 2008.

       /s/ Edmund F. Brennan
       EDMUND F. BRENNAN
       UNITED STATES MAGISTRATE JUDGE